IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Jay M. Buck** | : | Case No. 19-70188 |
| | : | |
| **Debtor** | : | Chapter 13 |
| | : | |
| | : | |
| **Jay M. Buck** | : | Document No. 9 |
| | : | |
| **Movant** | : | |
| | : | |
| vs | : | |
| | : | |
| **No Respondent** | : | |

**ORDER ON MOTION TO EXTEND DEADLINE REGARDING COMPLETION OF THE FILING OF CHAPTER 13 PETITION, SCHEDULES, AND PROOF OF INCOME**

**AND NOW** on this 15th day of April, 2019, upon consideration of Debtor's Motion, it is hereby **ORDERED, ADJUDGED, AND DECREED** that said Motion to Extend Deadline Regarding Completion of Filing of Chapter 13 Petition, schedules, and Proof of Income is **GRANTED.** Debtor shall have until April 25, 2019 [10 days later] to file his Chapter 13 Schedules, Statement of Financial Affairs, Proof of Income, and all other information and forms required. No further extensions will be granted, except in extenuating circumstances.

FILED
4/15/19 1:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT

_____ jsf

Jeffery A. Deller, *Judge*

*United States Bankruptcy Court*

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-70188-JAD
Jay M. Buck                                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: mgut              Page 1 of 1              Date Rcvd: Apr 15, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2019.
db            +Jay M. Buck,    124 Pine Street,    Nanty Glo, PA 15943-1509

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2019 at the address(es) listed below:
      James  Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Richard G. Allen    on behalf of Debtor Jay M. Buck ecf@johnstownbankruptcy.com, mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                            TOTAL: 4