## United States Bankruptcy Court
### Western District of Pennsylvania

In re  **Jay M. Buck**                                      Case No.  **19-70188**
Debtor(s)                                                   Chapter   **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I,  **Jay M. Buck**  , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☑ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because Debtor is self employed

☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Debtor is Self-Employed

Date  **April 23 2019**                        Signature
                                               **Jay M. Buck**
                                               Debtor