IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Jay M. Buck | : | Bankruptcy No.  19-70188-JAD |
| | : | |
| Debtor | : | |
| | : | |
| Jay M. Buck | : | |
| | : | Chapter   13 |
| | : | |
| Movant | : | |
| | : | Related to Document No.  2 |
| v. | : | |
| | : | |
| No Respondent | : | |

NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, **Richard G. Allen**, counsel for the debtor in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

Dated: April 24, 2019

/s/ Richard G. Allen, Esquire
Richard G. Allen, Esquire
P.O. Box 434, 43 West Market Street
Blairsville, PA 15717
PA ID #   304865
(814) 240-1013 (phone)
(814) 806-2754 (fax)
richarda@johnstownbankruptcy.com

PAWB Local Form 30 (07/13)

MATRIX

```
Home Depot Credit Services
P.O. Box 790340
Louisville, KY 40290-1010

Lamont, Hanley & Assoc., Inc.
P.O. Box 179
Manchester, NH 03105-0179

Monarch Recovery Management, Inc.
3260 Tillman Drive
Suite 75
Bensalem, PA 19020

Neugeberger & Swope, P.C.
P.O. Box 270
219 S. Center Street

Ebensburg, PA 15931
Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, PA 17128-0946

Pressler and Pressler LP
7 Entin Road
Parsippany, NJ 07054-5020

SIMM Associates Inc.
800 Pencader Drive
Newark, DE 19702

Weltman Weinberg & Reis
323 W. Lakeside Ave.
Ste 200
Cleveland, OH 44113-1009
```