IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jay M. Buck | : | Case No. 19-70188-JAD |
| | : | |
|        Debtor | : | |
| | : | |
| | : | Chapter 13 |
| _____ | : | |
| Lakeview Loan Servicing LLC | : | |
| | : | |
|        Movant | : | Regarding Claim No. 9 |
| | : | |
|        vs. | : | |
| | : | |
| Ronda J. Winnecour, Esq. | : | |
| Chapter 13 Trustee | : | |
| | : | |
|        Additional Respondent | : | |

**CERTIFICATE OF SERVICE OF DECLARATION REGARDING MONTHLY PAYMENT CHANGE**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on **January 21st, 2020.**

    The type of service made on the parties were electronic service and service via U.S. Mail.

EXECUTED ON: **January 21st, 2020:**    Respectfully Submitted
    **/s/ Richard G. Allen, Esq.**
    Richard G. Allen
    PA I.D. #304865
    Law Offices of Richard G. Allen
    43 W. Market Street, P.O. Box 434
    Blairsville, PA 15717
    (814) 240-1013 (P)
    (814) 806-2754 (F)
    Email: richarda@johnstownbankruptcy.com

    Attorney for Debtor

## **MATRIX**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

James Warmbrodt on behalf of Creditor Lakeview Loan Servicing LLC
bkgroup@kmllawgroup.com

Jay M. Buck
124 Pine Street
Nanty Glo, PA 15943