IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jay M. Buck | : | Case No. 19-70188-JAD |
| | : | |
| Debtor | : | |
| | : | |
| | : | Chapter 13 |
| _____ | : | |
| Jay M. Buck | : | |
| | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esq. | : | |
| Chapter 13 Trustee | : | |
| | : | |
| Additional Respondent | : | |

**CERTIFICATE OF SERVICE OF AMENDED CHAPTER 13 PLAN AND CORRESPONDING ORDER**

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the 29TH day of September, 2020, I served a copy of the within Order together with the Notice of Proposed Modification to Confirmed Plan and the Amended Plan filed in this proceeding, by U.S. Mail, First Class:
on the respondents at:

Ally Bank
P.O. Box 130424
Roseville, MN 55113-0004

Ally Financial
Attn: Bankruptcy Dept
P.O. Box 380901
Bloomington, MN 55438

Cambria Co Drs
498 Manor Drive
Ebensburg, PA 15931

Credence Resource Management
17000 Dallas Parkway
Suite 204
Dallas, TX 75248

Discover Financial
Attn: Bankruptcy Department
P.O. Box 15316
Wilmington, DE 19850

Diversified Consultants, Inc.
Attn: Bankruptcy
P.O. Box 551268
Jacksonville, FL 32255

Direct TV LLC
P.O. Box 5008
Carol Stream, IL 60197-5008

First Commonwealth Bank
Attn: Bankruptcy
P.O. Box 400
Indiana, PA 15701

First Energy
101 Crawford's Corner Road
Building #1 Ste. 1-511
Holmdel, NJ 07733

Home Depot Credit Services
P.O. Box 790340
Louisville, KY 40290-1010

KML Law Group, P.C.
Suite 5000
BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532

Lakeview Loan Servicing
P.O. Box 840
Buffalo, NY 14240-0840

Lamont, Hanley & Assoc., Inc.
P.O. Box 179
Manchester, NH 03105-0179

M & T Bank
Attn: Bankruptcy
P.O. Box 844
Buffalo, NY 14240

Monarch Recovery Management, Inc.
3260 Tillman Drive
Suite 75
Bensalem, PA 19020

Neugeberger & Swope, P.C.
P.O. Box 270
219 S. Center Street
Ebensburg, PA 15931

Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, PA 17128-0946

Portfolio Recovery
P.O. Box 41021
Norfolk, VA 23541

Portfolio Recovery Associates
P.O. Box 41067
Norfolk, VA 23541-1067

Pressler and Pressler LP
7 Entin Road
Parsippany, NJ 07054-5020

Randi J. Silverman, Esq.
Silverman Tokarsky & Forman
227 Franklin Street
Suite 410
Johnstown, PA 15901

SIMM Associates Inc.
800 Pencader Drive
Newark, DE 19702

Verizon Wireless
Attn: Verizon Wireless Bankruptcy Admini
500 Technology Dr, Ste 550
Weldon Spring, MO 63304

Verizon
P.O. Box 4457
Houston, TX 77210-4457

Weltman Weinberg & Reis
323 W. Lakeside Ave.
Ste 200
Cleveland, OH 44113-1009

Jay M. Buck
124 Pine Street
Nanty Glo, PA 15943-1509

Ronda J. Winnecourt
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Synchrony Bank
c/o PRA Receivables
P.O. Box 41021
Norfolk, VA 23541-1021

Office of the U.S. Trustee
Liberty Center
1001 Liberty Ave. Suite 970Pittsburgh, PA 15222-3721

EXECUTED ON: **September 30th, 2020:**     Respectfully Submitted
**/s/ Richard G. Allen, Esq.**
Richard G. Allen
PA I.D. #304865
Law Offices of Richard G. Allen
201 Penn Center Blvd., Ste 400
Pittsburgh, PA 15235
(412) 229-2107 (P)
(814) 806-2754 (F)
Email: richarda@johnstownbankruptcy.com

Attorney for Debtor