IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Jay M. Buck | : | Bankruptcy No. 19-70188-JAD |
| | : | |
| Debtor | : | |
| | : | Chapter  13 |
| | : | |

### CERTIFICATE OF SERVICE OF ORDER GRANTING ATTACHMENT OF WAGES AND LOCAL FORM NO. 12

I, Richard G. Allen, Esq., Principal Attorney for the Law Offices of Richard G. Allen certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 25th day of November 2020, a true and correct copy of the Order dated November 20th, 2020, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

**Amerway Inc.**
**3701 Beale Avenue**
**Altoona, PA 16601**
**ATTN:  payroll dept.**

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

| | |
|---|---|
| Executed on December 8th, 2020 | Respectfully Submitted |
| | **/s/ Richard G. Allen, Esq.** |
| | Richard G. Allen |
| | PA I.D. #304865 |
| | Law Offices of Richard G. Allen |
| | 201 Penn Center Blvd., Ste 400 |
| | Pittsburgh, PA 15235 |
| | (412) 229-2107 (p) |
| | (814) 806-2754 (F) |
| | Email:  richarda@johnstownbankruptcy.com |
| | Attorney for Debtor |