IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jay M. Buck | : | Case No. 19-70188-JAD |
| | : | |
| Debtor | : | |
| | : | |
| | : | Chapter 13 |
| _____ | : | |
| Lakeview Loan Servicing LLC | : | |
| | : | |
| Movant | : | Regarding Claim No. 9 |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esq. | : | |
| Chapter 13 Trustee | : | |
| | : | |
| Additional Respondent | : | |

**CERTIFICATE OF SERVICE OF DECLARATION REGARDING MONTHLY PAYMENT CHANGE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on **December 1st, 2021.**

The type of service made on the parties were electronic service and service via U.S. Mail.

EXECUTED ON: **December 1st, 2021:**     Respectfully Submitted
**/s/ Richard G. Allen, Esq.**
Richard G. Allen
PA I.D. #304865
Law Offices of Richard G. Allen
43 W. Market Street, P.O. Box 434
Blairsville, PA 15717
(814) 240-1013 (P)
(814) 806-2754 (F)
Email: richarda@johnstownbankruptcy.com

Attorney for Debtor

**MATRIX**

Brian Nicholas on behalf of Creditor Lakeview Loan Servicing LLC
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com


Jay M. Buck
124 Pine Street
Nanty Glo, PA 15943