IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jay M. Buck | : | Case No. 19-70188-JAD |
| Debtor | : | |
| | : | |
| | : | Chapter 13 |
| _____ | : | |
| Lakeview Loan Servicing LLC | : | |
| Movant | : | |
| | : | Regarding Claim No.  9 |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esq. | : | |
| Chapter 13 Trustee | : | |
| | : | |
| Additional Respondent | : | |

**<u>DECLARATION REGARDING MONTHLY PAYMENT CHANGE</u>**

**NOW COMES** the Debtor, Jay M. Buck, by and through his attorney, Richard G. Allen, Esquire, of the law offices of Richard G. Allen, and files the within Declaration Regarding Monthly Payment Change, and in support thereof aver as follows:

1. The Debtor is Jay M. Buck, an adult individual presently residing at 124 Pine Street Nanty Glo, PA 15943

2. Counsel for the Debtor is Richard G. Allen, Esq.

3. The mortgage lender and/or servicer for the Debtor's residence is Lakeview Loan Servicing LLC ("Lakeview").

4. The new post-petition monthly payment payable to Lakeview Loan Servicing LLC is $427.23, effective with the December 1st, 2023 payment, per the Notice of Mortgage Payment Change filed on November 6th, 2023.

5. Debtor's counsel has reviewed the existing Plan, recomputed the plan payment and concludes the existing plan payment is sufficient to fund the plan even with the new debt added.

Dated: <u>January 7th, 2024:</u>          **/s/ Richard G. Allen, Esquire**

Richard G. Allen, Esquire
P.O. Box 401
Delmont, PA 15626
PA ID #   304865
(814) 240-1013 (phone)
(814) 806-2754 (fax)
richarda@johnstownbankruptcy.com
Attorney for Debtor