IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jay M. Buck | : | Case No. 19-70188-JAD |
|     Debtor | : | |
| | : | |
| | : | Chapter 13 |
| _____ | : | |
| Lakeview Loan Servicing LLC | : | |
|     Movant | : | |
| | : | Regarding Claim No. 9 |
| | : | |
|     vs. | : | |
| | : | |
| Ronda J. Winnecour, Esq. | : | |
| Chapter 13 Trustee | : | |
| | : | |
|     Additional Respondent | : | |

**DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE**

**NOW COMES** the Debtor, Jay M. Buck, by and through his attorney, Richard G. Allen, Esquire, of the law offices of Richard G. Allen, and files the within Declaration Regarding Notice of Mortgage Payment Change, and in support thereof aver as follows:

1. The Debtor is Jay M. Buck, an adult individual presently residing at 124 Pine Street Nanty Glo, PA 15943

2. Counsel for the Debtor is Richard G. Allen, Esq.

3. The mortgage lender and/or servicer for the Debtor's residence is Lakeview Loan Servicing LLC ("Lakeview").

4. The new post-petition monthly payment payable to Lakeview Loan Servicing LLC is $426.71, effective with the December 1st, 2024 payment, per the Notice of Mortgage Payment Change filed on October 29th, 2024.

5. Debtor's counsel has reviewed the existing Plan, recomputed the plan payment and concludes the existing plan payment is sufficient to fund the plan even with the new debt added.

Dated: November 8th, 2024:    /s/ Richard G. Allen, Esquire
Richard G. Allen, Esquire
752 Bedford Street
Johnstown, PA 15902
PA ID #  304865
(814) 240-1013 (phone)
(814) 806-2754 (fax)
richarda@johnstownbankruptcy.com
Attorney for Debtor