IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jay M. Buck | : | Case No. 19-70188-JAD |
| | : | |
| Debtor | : | |
| | : | |
| | : | Chapter 13 |
| _____ | : | |
| Lakeview Loan Servicing LLC | : | |
| | : | |
| Movant | : | Regarding Claim No. 9 |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esq. | : | |
| Chapter 13 Trustee | : | |
| | : | |
| Additional Respondent | : | |

## CERTIFICATE OF SERVICE OF DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on November 8th, 2024 and November 11th, 2024.

The type of service made on the parties were electronic service (November 8th, 2024) and service via U.S. Mail (November 11th, 2024).

EXECUTED ON: **November 11th, 2024:**     Respectfully Submitted
**/s/ Richard G. Allen, Esq.**
Richard G. Allen
PA I.D. #304865
Law Offices of Richard G. Allen
752 Bedford Street
Johnstown, PA 15902
(814) 240-1013 (P)
(814) 806-2754 (F)
Email: richarda@johnstownbankruptcy.com

Attorney for Debtor

**MATRIX**

Denise Carlon on behalf of Creditor Lakeview Loan Servicing LLC
dcarlon@kmllawgroup.com

Brent J. Lemon on behalf of Creditor Lakeview Loan Servicing LLC
blemon@kmllawgroup.com, lemondropper75@hotmail.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Jay M. Buck
124 Pine Street
Nanty Glo, PA 15943