**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| JAY M. BUCK | Case No.:19-70188 JAD |
| Debtor(s) | |
| Ronda J. Winnecour  Movant  vs.  No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/30/2019 and confirmed on 06/28/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | | | |
|---|---|---|---|---|
| Total Receipts | | | | 69,797.16 |
| Less Refunds to Debtor | | 491.00 | | |
| TOTAL AMOUNT OF PLAN FUND | | | | 69,306.16 |
| | | | | |
| Administrative Fees | | | | |
| Filing Fee | | 0.00 | | |
| Notice Fee | | 0.00 | | |
| Attorney Fee | | 3,456.46 | | |
| Trustee Fee | | 3,389.42 | | |
| Court Ordered Automotive Insurance | | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | | 6,845.88 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| LAKEVIEW LOAN SERVICING LLC | 0.00 | 32,648.42 | 0.00 | 32,648.42 |
| Acct: 8993 | | | | |
| LAKEVIEW LOAN SERVICING LLC | 5,165.53 | 0.00 | 0.00 | 0.00 |
| Acct: 8993 | | | | |
| LVNV FUNDING LLC | 25,034.67 | 24,581.48 | 5,230.38 | 29,811.86 |
| Acct: 8494 | | | | |
| | | | | 62,460.28 |
| **Priority** | | | | |
| RICHARD G ALLEN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAY M. BUCK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAY M. BUCK | 491.00 | 491.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAW OFFICES OF RICHARD G ALLEN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RICHARD G ALLEN ESQ | 3,500.00 | 3,456.46 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| CAMBRIA COUNTY DRS** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5908 | | | | |
| PA DEPARTMENT OF REVENUE* | 621.54 | 0.00 | 0.00 | 0.00 |
| Acct: 9176 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| DIRECTV LLC BY AMERICAN INFOSOURC | 655.81 | 0.00 | 0.00 | 0.00 |
| Acct: 8332 | | | | |
| DISCOVER BANK(*) | 6,287.38 | 0.00 | 0.00 | 0.00 |
| Acct: 7016 | | | | |
| DIVERSIFIED CONSULTANTS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3161 | | | | |
| FIRST COMMONWEALTH BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3130 | | | | |
| PENELEC/FIRST ENERGY** | 843.04 | 0.00 | 0.00 | 0.00 |
| Acct: 9508 | | | | |
| HOME DEPOT CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2150 | | | | |
| LAMONT HANLEY & ASSOC INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0302 | | | | |
| MONARCH RECOVERY MANAGEMENT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3749 | | | | |
| NEUGEBAUER & SWOPE PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4978 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 2,715.85 | 0.00 | 0.00 | 0.00 |
| Acct: 3392 | | | | |
| SIMM ASSOC INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8296 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 747.02 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 3,373.35 | 0.00 | 0.00 | 0.00 |
| Acct: 8618 | | | | |
| PA DEPARTMENT OF REVENUE* | 43.19 | 0.00 | 0.00 | 0.00 |
| Acct: 9176 | | | | |
| LVNV FUNDING LLC | 1,446.50 | 0.00 | 0.00 | 0.00 |
| Acct: 3815 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3392 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JOSEPH BUCK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRESSLER FELT & WARSHAW LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SILVERMAN TORKARSKY & FORMAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                         62,460.28

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 621.54 |
| SECURED | 30,200.20 |
| UNSECURED | 16.112.14 |

Date: 01/15/2026

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com